IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLIE JO COSSEY            PLAINTIFF

v.            No: 3:19-cv-00069 KGB-PSH

CRAIGHEAD COUNTY JAIL, *et al.*            DEFENDANTS

## ORDER

Plaintiff Billie Jo Cossey filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on March 26, 2019, while incarcerated at the Craighead County Detention Center (Doc. No. 1). Cossey was granted leave to proceed *in forma pauperis* and ordered to file an amended complaint. Doc. No. 4. Cossey was instructed to name individual defendants, to describe how *each* defendant violated her constitutional rights, and to describe how she was injured. *Id*. Cossey filed an amended complaint but has not described how each defendant was personally involved in the violation of her constitutional rights. Doc. No. 6.

Cossey will be allowed another opportunity to amend her complaint to fully describe her claims. Cossey is cautioned that an amended complaint renders her original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed. In the event Cossey fails to file an amended complaint conforming to this order within thirty days, this case may be dismissed. The Clerk of Court is directed to send Cossey a blank § 1983 form.

IT IS SO ORDERED this 17th day of April, 2019.

                                                  UNITED STATES MAGISTRATE JUDGE