# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BILLIE JO COSSEY**                                                          **PLAINTIFF**

**v.**                            Case No. 3:19-cv-00069-KGB

**CRAIGHEAD COUNTY JAIL,** *et al.*                                **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 18). In her Proposed Findings and Recommendation, Judge Harris recommends that plaintiff Billie Jo Cossey's complaint be dismissed without prejudice for failure to comply with the court's orders and for failure to prosecute this action. No objections have been filed, and the deadline for filing objections has since passed. After careful consideration, the Court finds no reason to alter or reject Judge Harris' recommendation.

Therefore, the Court adopts the Proposed Findings and Recommendation in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 18). The Court dismisses without prejudice Mr. Cossey's complaint.

It is so ordered this 27th day of January, 2020.

                                                         _____
                                                         Kristine G. Baker
                                                         United States District Judge