**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BILLIE JO COSSEY**                                                                    **PLAINTIFF**

**v.**                                **Case No. 3:19-cv-00069-KGB**

**CRAIGHEAD COUNTY JAIL,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Billie Jo Cossey's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 27th day of January, 2020.

_____
Kristine G. Baker
United States District Judge